# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
(Filed: October 16, 2015)

| | | |
|---|---|---|
| * * * * * * * * * * * * * | * | **UNPUBLISHED** |
| SHERRY C. JOHNSON, | * | |
| | * | No. 15-431 |
| Petitioner, | * | |
| | * | Special Master Hamilton-Fieldman |
| v. | * | |
| | * | Voluntary dismissal under |
| SECRETARY OF HEALTH | * | Vaccine Rule 21(a). |
| AND HUMAN SERVICES, | * | |
| | * | |
| Respondent. | * | |
| * * * * * * * * * * * * * | * | |

<u>Nancy R. Meyers,</u> Ward Black Law, Greensboro, NC, for Petitioner.
<u>Christine M. Becer</u>, United States Department of Justice, Washington, DC, for Respondent.

## ORDER CONCLUDING PROCEEDINGS[1]

On April 29, 2015, Sherry C. Johnson ("Petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 <u>et seq.</u> (2006) ("Vaccine Act"). Petitioner alleged that an influenza ("flu") vaccine administered on October 8, 2013 caused her to suffer from Guillain-Barré Syndrome ("GBS").

On October 16, 2015, the parties filed a Joint Stipulation of Dismissal, stating the parties give notice of Petitioner's voluntary dismissal pursuant to Vaccine Rule 21(a).

Accordingly, pursuant to Vaccine Rule 21(a), the above-captioned case is hereby **dismissed**. The Clerk of Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post this decision on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 and note (2006)). In accordance with Vaccine Rule 18(b), a party has 14 days to identify and move to delete medical or other information, that satisfies the criteria in § 300aa-12(d)(4)(B). Further, consistent with the rule requirement, a motion for redaction must include a proposed redacted decision. If, upon review, the undersigned agrees that the identified material fits within the requirements of that provision, such material will be deleted from public access.

## CONCLUSION

Proceedings are concluded in this case.

**IT IS SO ORDERED.**

              s/Lisa D. Hamilton-Fieldman
              Lisa D. Hamilton-Fieldman
              Special Master